FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2013 FEB 11 P 5:07

CLERK C. Nob....
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

JESUS ROBLES,

    Petitioner,

v.

UNITED STATES OF AMERICA;
BUREAU OF PRISONS; and
T. JOHNS, Warden,

    Respondents.

CIVIL ACTION NO.: CV512-137

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner Jesus Robles ("Robles"), an inmate currently incarcerated at D. Ray James Correctional Facility ("D. Ray James") in Folkston, Georgia, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Robles named the Bureau of Prisons ("BOP"), the United States of America, and Warden Tracy Johns as Respondents. The BOP and United States filed a Motion to Dismiss, requesting that they be dismissed as respondents. Robles filed a Reply. The BOP and United States correctly assert that they are improper respondents for Robles's § 2241 petition. The only proper respondent is the current warden at D. Ray James. Rumsfeld v. Padilla, 542 U.S. 426 (2004). Plaintiff's arguments to the contrary are not persuasive. Because

AO 72A
(Rev. 8/82)

the BOP and United States are improper respondents, their Motion to Dismiss should be **GRANTED**.

**SO REPORTED** and **RECOMMENDED**, this 11th day of February, 2013.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE